PER CURIAM.
Affirmed. Routly v. State, 590 So.2d 397 (Fla.1992); Swafford v. Dugger, 569 So.2d 1264 (Fla.1990); Kennedy v. State, 547 So.2d 912 (Fla.1989); Routly v. State, 440 So.2d 1257 (Fla.1983); Gonzalez v. State, 579 So.2d 145 (Fla. 3d DCA 1991); Young v. State, 511 So.2d 735 (Fla. 2d DCA 1987); Swain v. State, 502 So.2d 494 (Fla. 1st DCA 1987); Fisher v. State, 239 So.2d 863 (Fla. 3d DCA 1970); Turvey v. State, 174 So.2d 609 (Fla. 1st DCA 1965); Strickland v. Washington, 466 U.S. 668, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).